ELKUS, Respondent, v. E. OSFER & SON, Appellant. (Supreme Court, Appellate Division, Second Department. March 10, 1905.) Action by Abraham Elkus against E. Osfer & Son.

PER CURIAM. Motion to dismiss appeal denied, on condition that the appellant perfect the appeal and bring the case on for argument at the next term. In default of compliance with this condition, the motion is granted, with costs.

---

ELY, Respondent, v. MODES FASHION & PATTERN CO., Appellant. (Supreme Court, Appellate Division, First Department. March 24, 1905.) Action by Arthur H. Ely against the Modes Fashion & Pattern Company. C. P. Cowles, for respondent. No opinion. Order affirmed, with costs.

---

In re EVANS et al. (Supreme Court, Appellate Division, Fourth Department. March 15, 1905.) In the matter of Charles C. Evans, an incompetent person. No opinion. Order affirmed, with $10 costs and disbursements to the respondent, payable out of the fund of the said incompetent.

---

EWIN, Respondent, v. WESTERN UNION TELEGRAPH CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 10, 1905.) Action by Robert Ewin against the Western Union Telegraph Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

FAHEY, Appellant, v. NEW YORK EDISON CO., Respondent. (Supreme Court, Appellate Division, First Department. March 24, 1905.) Action by John Fahey against the New York Edison Company. L. H. Porter, for appellant. J. Notnan, for respondent. No opinion. Judgment and order affirmed, with costs.